**No. 10-9370. Anthony E. Lewis, Petitioner v. Washington.**

563 U.S. 933, 131 S. Ct. 2120, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 2947.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Washington, Division 1, dismissed. See Rule 39.8.

**No. 10-9457. Jaborie Brown, Petitioner v. United States, et al.**

563 U.S. 933, 131 S. Ct. 2125, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 2854.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Kagan took no part in the consideration or decision of this motion and this petition.

Same case below, 406 Fed. Appx. 820.

**No. 10-9528. Francisco Saldana, Petitioner v. United States.**

563 U.S. 933, 131 S. Ct. 2131, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 2878.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10M94. Robert C. Dullard, Petitioner v. Colonial Heights Condominium Association, et al.**

563 U.S. 933, 131 S. Ct. 2140, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 3083.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M95. Jerald McCullough, Petitioner v. United States.**

563 U.S. 933, 131 S. Ct. 2140, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 3164.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M96. Richie Hansford Conner, Petitioner v. A. Gene Hart, et al.**

563 U.S. 933, 131 S. Ct. 2140, 179 L. Ed. 2d 887, 2011 U.S. LEXIS 3174.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.